BEFORE THE THIRD DIVISION, AUGUST 22, 1945

**No. 50423.**—Protest 91923–K of Washington State Liquor Control Board (Seattle).

Opinion by KEEFE, J. At the trial it was established that an affidavit of shortage was timely filed and case 467 was admittedly reported short by the customs inspector. The Government conceded that case 467 was not landed. In view of

the evidence submitted it was held that plaintiff was entitled to an allowance in duties upon the one case of Scotch whisky numbered 467 which was not landed in this country. The protest was therefore sustained to this extent.